IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH TYRELL WINSLOW, #01645505, Plaintiff, | § § § § | |
| v. | § | 3:10-CV-1739-M (BK) |
| DALLAS COUNTY POLICE DEPARTMENT, et al., Defendants. | § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Renée Harris Toliver. The Plaintiff filed a single objection asking that he not be denied *in forma pauperis* status. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objection is overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and **DENIES** the Plaintiff's Motion for leave to proceed *in forma pauperis* pursuant to the three-strike provision of 28 U.S.C. § 1915(g).

**SO ORDERED** this 13th day of October, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1